# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA ROOF MASTERS, LLC, as assignee of Theresa Marchesani, et al., | : : : | |
| Plaintiff, | : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 22-1813 |
| LIBERTY MUTUAL MID ATLANTIC INSURANCE COMPANY, | : : : | |
| Defendant. | : : | |

## ORDER

AND NOW, this 29th day of February, 2024, upon consideration of Defendant's *Motion for Summary Judgment* (ECF No. 25), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**